In the Matter of a Plan of Readjustment of the Rights of the Holders of Investments in a Mortgage Covering Premises 310 RIVERSIDE BOULEVARD, CITY OF LONG BEACH, Guaranteed by Bond and Mortgage Guarantee Company. (Guarantee No. 170,928.)

In the Matter of the BROOKLYN TRUST COMPANY, as Trustee under a Declaration of Trust Dated March 25, 1936, for the Consideration of a Proposed Sale of the Premises Comprising the Trust Estate.

ABRAHAM WERMAN, Appellant; JESSE N. SCHIFFMAN et al., Respondents.

Submitted April 8, 1946; decided April 18, 1946.

*Vito J. Guariglia* for motion.
*George Sapan* opposed.

Motion granted and appeal dismissed, with costs and $10 costs of motion.